**Order entered April 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00263-CV

## IN RE JOSEPH DINGLER, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05083**

### ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and we **DENY** relator's request for emergency relief as moot.

/s/    BILL PEDERSEN, III
       JUSTICE